**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>Robert A. Hartnett, Jr<br>Nancy Jo A. Hartnett<br><br>Debtor(s) | Chapter 13 Proceeding<br><br>18-16940-MDC |

**NOTICE OF FORBEARANCE AGREEMENT DUE TO THE COVID-19 PANDEMIC**

Now comes WELLS FARGO BANK, N.A. ("Creditor"), by and through undersigned counsel, and hereby submits this Notice of Forbearance Agreement to the Court regarding the Debtor's request for mortgage payment forbearance based upon a material financial hardship caused by the COVID-19 pandemic.

The Debtor(s) recently requested a forbearance period of 3 months in which the Debtor(s) will not tender mortgage payments to Creditor that would come due on the mortgage starting of May 1, 2020 through of July 1, 2020. Creditor, at this time, does not waive any rights to collect the payments that come due during the forbearance period after the forbearance plan ends. Furthermore, Creditor does not waive its rights under other applicable non-bankruptcy laws and regulations, including, but not limited to, RESPA, and the right to collect any post-petition escrow shortage. During the forbearance period Creditor may continue to file notices in compliance with Fed. Rule Bankr. P. 3002.1.

Because of the uncertainties surrounding how long this pandemic will last, Creditor will work with Debtor(s) or Debtor's counsel to determine when Debtor(s) will be able to resume making mortgage payments and when/how the Debtor(s) will cure the delinquency created by the forbearance period ("forbearance arrears"). Once the forbearance plan ends and the Creditor and Debtor(s) or Debtor's counsel agree on an appropriate repayment or loss mitigation program, Creditor will file a notice or an amended/supplemental claim consistent with local practice.

Creditor does not waive its rights to seek relief from the automatic stay for reasons other than non-payment of the Mortgage, including, but not limited to, a lapse in insurance coverage or non-payment of property taxes.

                                        **/s/ Sarah McCaffery**
                                        POWERS KIRN, LLC
                                        Jill Manuel-Coughlin, Esquire; ID #63252
                                        Harry B. Reese, Esquire; ID #310501
                                        Sarah K. McCaffery, Esquire; ID #311728
                                        Eight Neshaminy Interplex, Suite 215
                                        Trevose, PA 19053
                                        Telephone: 215-942-2090; Facsimile: 215-942-8661
                                        Email: bankruptcy@powerskirn.com
Dated: May 12, 2020                        Attorney for Movant